**Order entered April 2, 2020**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

### No. 05-19-01570-CR

**JUAN MARTIN PEDROZA, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 1**
**Dallas County, Texas**
**Trial Court Cause No. F18-75239-H**

### ORDER

Before the Court is appellant's March 31, 2020 second motion for extension of time to file his brief. We **GRANT** the motion and **ORDER** appellant's brief due on or before May 1, 2020.

/s/    LANA MYERS
       JUSTICE